## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT OLLIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CASE NO.   14-608-SCW |
| | ) | |
| RICHARD HARRINGTON, RYAN | ) | |
| DAVIS, TIMOTHY VEATH, LT. | ) | |
| ROBERT HUGHES, LT. KEVIN | ) | |
| RIECHERT, C/O ALEX MOLL, SGT, | ) | |
| HEIMAN and LORI OAKLEY, , | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## JUDGMENT IN A CIVIL CASE

Defendants Richard Harrington, Timothy Veath, Lt. Robert Hughes, Lt. Kevin Riechert, C/O

Alex Moll Sgt. Heiman and Lori Oakley, were dismissed without prejudice by an Order entered by

Chief District Judge Michael J. Reagan on July 15, 2014 (Doc. 6).

The remaining issues came before this Court for jury trial.   The issues have been tried and the

jury has rendered its verdict (Doc.118 )

THEREFORE, judgment is entered in favor of Defendant **RYAN DAVIS** and against

Plaintiff   **ROBERT OLLIE.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment

for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the

Federal Rules of Civil Procedure.   These deadlines for motions under Rule 59 cannot be extended by

the Court.   The Plaintiff should also note that he has 30 days from the date of this judgment to file a

notice of appeal.   This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 7th day of March, 2017

JUSTINE FLANAGAN, ACTING CLERK

BY: */s/ Angela Vehlewald*
       Deputy Clerk

Approved by  */s/ Stephen C. Williams*
       United States Magistrate Judge
       Stephen C. Williams